**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

No. 07-6658

————————

TROY LAMONT MURPHY,

Plaintiff - Appellant,

versus

LOUISE W. FLANAGAN,

Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.   (5:07-ct-3017-BO)

————————

Submitted:  July 19, 2007                 Decided:  July 25, 2007

————————

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Troy Lamont Murphy, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Lamont Murphy appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Murphy v. Flanagan, No. 5:07-ct-3017-BO (E.D.N.C. Apr. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED